# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

2005 JUN 30 P 3:32

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
       DEPUTY

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 05-CR-205 |
| Zachary David Folkes ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Zachary David Folkes___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Changing my travel restriction to read:
Your travel is restricted to Madera, Fresno, and Mariposa Counties unless otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6-17-05          _____ 6-17-05
Signature of Defendant        Date           Pretrial Services Officer     Date
Zachary David Folkes                          Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                  6/27/05
Signature of Assistant United States Attorney                           Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                  6/29/05
Signature of Defense Counsel                                             Date
Robert Rainwater

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __6/30/05__.
☐ The above modification of conditions of release is *not* ordered.

_____                                                  6/30/05
Signature of Judicial Officer    SM/SNYDER                              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services