```
 1 | Kirk McAllister (SBN 47324)
   | McAlllister & McAllister
 2 | 1012 11th Street, Ste. 100
   | Modesto, CA 95354
 3 | Telephone: (209) 575-4844
   | Facsimile: (209) 575-0240
 4 | Email: mcallister@mcallisterlaw.com
   | Roger K. Vehrs (SBN 073018)
 5 | Attorney at Law
   | 2300 Tulare Street, Suite 250
 6 | Fresno, CA 93721
   | Telephone: (559) 442-4211
 7 | Facsimile:  (559) 442-4127
   | Email: rvehrs@vehrslaw,com
 8 |
   | Attorney for Defendant ZACHARY DAVID FOLKES
 9 |
10 |
11 |             IN THE UNITED STATES DISTRICT COURT
   |                EASTERN DISTRICT OF CALIFORNIA
12 |
13 |                                           CR-05-205-AWI
14 | UNITED STATES OF AMERICA       )   Case No.: 1:05-MJ-00116-LJO
                                    )
15 |           Plaintiff.           )   SUBSTITUTION OF ATTORNEY
                                    )
16 |       vs.                      )
                                    )
17 | ZACHARY DAVID FOLKES,          )
                                    )
18 |           Defendant.           )
19 |     Defendant ZACHARY DAVID FOLKES, hereby substitutes Kirk McAllister, McAllister &
20 | McAllister, 1012 11th Street, Ste. 100 , Modesto, CA 95354; (209) 575-4844, as his attorney of
21 | record in this action in the place of Robert Warren Rainwater.
22 |
23 | DATED: September  19 , 2005.
24 |                                             ZACHARY DAVID FOLKES
   |                                             Defendant
25 |
26 | I accept the foregoing substitution.
27 |
28 | DATED: September  19 , 2005.
   |                                             KIRK MCALLISTER
```

SUBSTITUTION OF ATTORNEYS

1

I consent to the foregoing substitution.

DATED: September __19__, 2005.

ROBERT WARREN RAINWATER

THE ABOVE SUBSTITUTION IS HEREBY GRANTED AND APPROVED.

DATED: September __19__, 2005.

HON. ANTHONY W. ISHII
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT

**MCALLISTER & MCALLISTER, INC.**
A PROFESSIONAL LAW CORPORATION

**KIRK W. MCALLISTER**
CERTIFIED CRIMINAL LAW SPECIALIST
CALIFORNIA STATE BAR, BOARD OF LEGAL SPECIALIZATION

1012 11TH STREET, SUITE 100          (209) 575-4844
MODESTO, CA 95354                    FAX (209) 575-0240
E-MAIL mcallister@mcallisterlaw.com
www.mcallisterlaw.com

SUBSTITUTION OF ATTORNEYS

2