

## United States District Court
### EASTERN DISTRICT OF CALIFORNIA

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

**United States of America**           )
vs.                                    )   **Case No.** 05-0205 AWI
Zackary David Folkes                   )
                                       )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Zachary David Folkes _____, have discussed with _____ Lydia J. Serrano _____, Pretrial Services
Officer, modifications of my release conditions as follows:

Removing David and Kathleen Folkes as third party custodians;

Adding the following conditions: You are released to the third party custody of Helga Folkes.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     4-17-06          _____     4-17-06
Signature of Defendant        Date               Pretrial Services Officer     Date
David Zachary Folkes                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                         5-24-06
Signature of Assistant United States Attorney                     Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                         5-11-06
Signature of Defense Counsel                                      Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____ 5/30/06 _____.

☐ The above modification of conditions of release is *not* ordered.

_____                                         5/30/06
Signature of Judicial Officer                                     Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services