Roger K. Vehrs, Esq. (SBN 073018)
2300 Tulare Street, Ste. 250
Fresno, CA 93721
Telephone: (559) 442-4211

Attorneys for Defendant ZACHARY DAVID FOLKES

FILED
DEC 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZACHARY DAVID FOLKES,

    Defendant.

Case No. 1:05-cr-00205 AWI

**REQUEST TO EXONERATE CASH BOND**

Defendant Zachary David Folkes, hereby requests that the Court exonerate the Cash Bond, which was executed on or about June 10, 2005. The basis for this request is that Mr. Folkes is in custody serving his sentence effective November 21, 2006.

DATED: December 14, 2006

Respectfully submitted,

Roger K. Vehrs
Attorney for Defendant

GOOD CAUSE APPEARING, the Clerk is hereby ordered to exonerate the cash bond in the above-referenced matter and release said cash to David Folkes, (new address) 8944 Leclerc Road N, Cusick, WA 99119, (559)760-2583.

DATED: December 15, 2006

Hon. Anthony W. Ishii
United Stated District Court Judge
Eastern District

1