1

2

Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:   (559) 442-4211
Facsimile:    (559) 442-4127
E-mail:        rvehrs@vehrslaw.com

Attorney for Defendant, Zachary Folkes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:     1:05CR00205 AWI |
| Plaintiff | **STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON** |
| vs. | |
| ZACHARY FOLKES, | DATE:     January 16 ,2007<br>TIME:     9:00 a.m.<br>DEPT:     The Honorable Anthony W. Ishi |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the court appearance presently calendared for January 16, 2007, may be continued to April 16, 2007, at 9:00 a.m., if this date and time is convenient with the Court, or on the first available court date thereafter.

////

////

////

////

**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**

1

2

3          The reason for the requested continuance is that Defendant needs to prepare

4  paperwork with regard to the Plea Agreement.

5

6  DATED:        January 5, 2007       /S/ ROGER K. VEHRS

7                                      Roger K. Vehrs, Attorneys for Defendant,
                                       Zachary Folkes

8

9  DATED:        January 5, 2007       /S/ Kathleen A. Servatius

10                                     Kathleen A. Servatius, Assistant United States
                                       Attorney

11                                     **ORDER**

12         Upon reading the stipulation of the parties, the Court hereby orders that the matter be

13  continued, and that the sentencing hearing as to Zachary Folkes is now scheduled for April 16,

14  2007 at 9:00 a.m. before this court.

15

16  IT IS SO ORDERED.

17

18  **Dated:    January 5, 2007**              **/s/ Anthony W. Ishii**

19  0m8i78                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**