PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00205-02 AWI** |
| ) | |
| **ZACHARY DAVID FOLKES** ) | |

On March 5, 2007, the above-named was placed on supervised release for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The Government has been informed and does not oppose this recommendation.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

Dated:   August 12, 2008
         Fresno, California
         HJA;mb

**Re:   ZACHARY DAVID FOLKES**
      **Docket Number:   1:05CR00205-02 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the above-named releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:**   September 5, 2008              /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE